# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEITH STREATER,

    Plaintiff(s),

v.

AMAZON, et al.,

    Defendant(s).

Case No. 2:23-cv-02120-RFB-NJK

ORDER

[Docket No. 4]

Plaintiff is proceeding in this action *pro se*.[1] Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 4. The application sufficiently shows an inability to prepay fees and costs or give security for them. Accordingly, the application to proceed *in forma pauperis* is hereby **GRANTED**.[2]

IT IS SO ORDERED.

Dated: February 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] The Court will separately address the motion to amend and screen the pleadings pursuant to 28 U.S.C. § 1915(e)(2).

1