# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH STREATER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AMAZON, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-02120-RFB-NJK<br><br>ORDER<br><br>[Docket Nos. 6, 8] |

Pending before the Court are Plaintiff's motions for case status. Docket Nos. 6, 8.[1] The Court has sealed the latter request because it includes personal identifying information of Plaintiff. *Cf.* Fed. R. Civ. P. 5.2. Plaintiff is advised moving forward that he should omit or redact personal identifying information from his filings to avoid it being revealed publicly.

With respect to the substance of the filings, the Court does not provide status checks on pending cases. *See, e.g.*, Docket No. 2 at 2. If Plaintiff has questions regarding PACER or CMECF, he may contact the Clerk's Office help desk to address those issues at (702)464-5555. The motions for status check (Docket Nos. 6, 8) are **DENIED**.

IT IS SO ORDERED.

Dated: February 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1