UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH STREATER,<br><br>    Plaintiff(s),<br><br>v.<br><br>AMAZON, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-02120-RFB-NJK<br><br>ORDER<br><br>[Docket No. 15] |

Pending before the Court is a filing by Plaintiff, Docket No. 15,[1] which is hereby **STRICKEN**.

Although not entirely clear, the filing appears to have three components. First, the first 13 pages appear to be a complaint against the United States for allegations that appear untethered to the prior pleadings in this case. Docket No. 15 at 1-13. As the Court has made clear earlier, disparate claims against different defendants must be filed as a separate case. *See* Fed. R. Civ. P. 20(a); *see also* Fed. R. Civ. P. 21. If Plaintiff is intending to bring new claims against a new defendant, then he must initiate a new case by filing a new complaint and either pay the filing fee or file an application to proceed *in forma pauperis*.[2]

Second, the final page of this filing references Plaintiff's attempt to sue Amazon. Docket No. 15 at 14. The undersigned has already recommended that Amazon be dismissed from this case without prejudice. Docket No. 13. If Plaintiff disagrees with that recommendation, he must file an "Objection" on the docket specific to that issue. *See id.* at 3.

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] The Court expresses no opinion on the allegations presented in this aspect of the filing.

1

Third, the final page of this filing references Plaintiff's desire to bring wage and overtime claims against St. Timothy's Church pursuant to the Fair Labor Standards Act. Docket No. 15 at 14. If Plaintiff seeks to pursue such claims, he must file a second amended complaint that is <u>complete in itself</u>. Hence, that second amended complaint must include the pertinent factual allegations on which these claims are premised, without the need to reference earlier pleadings. *See, e.g.*, Docket No. 12 at 4. This filing does not include the factual allegations necessary to provide notice of this claim, without resorting to referencing past filings.[3]

In summary, the Court **STRIKES** Plaintiff's filing at Docket No. 15. If Plaintiff seeks to bring new claims against a new defendant, he must file a new complaint with the appropriate payment or *in forma pauperis* application. If Plaintiff contests the recommendation that Amazon be dismissed as a Defendant, he must file an "Objection" to the report and recommendation. The objection deadline is hereby **EXTENDED** to April 3, 2024. If Plaintiff wishes to proceed on Fair Labor Standards Act claims against St. Timothy's Church, he must file a second amended complaint with the pertinent factual allegations for such claims. The amendment deadline is hereby **EXTENDED** to April 3, 2024.

IT IS SO ORDERED.

Dated: March 20, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[3] The second amended complaint must also be <u>signed</u> by Plaintiff. *See* Fed. R. Civ. P. 11(a); *see also* Docket No. 12 at 4. This page of the latest filing is unsigned. Docket No. 15 at 14.