## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH R. STREATER, | Case No. 2:23-cv-02120-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ST. TIMOTHY'S CHURCH, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 19) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered on August 29, 2024. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 12, 2024. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation in the Report and Recommendation.

///

///

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 19) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** that the remaining claims involving St. Timothy's Church are **DISMISSED** without prejudice.

The Clerk of Court is accordingly instructed to close this case.

**DATED:** February 19, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**